UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:14-57547
Chapter 13
Hon: RANDON

Malmgren/jeff & Allicia

                          Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

Rita Kostopolous
30800 Van Dyke Rd
Ste 204
Warren, MI 48093
586-574-0916
_____/

**OBJECTION TO CONFIRMATION**

NOW COMES, Credit Union One, by and through its attorneys, The Leduc Group, and for its Objection to Confirmation of the Debtor's Chapter 13 Plan, states as follows:

1. That Debtors Schedule J reflects an expense for $157 per month for a school tutor. The Debtor's testified at the First Meeting of Creditors that this expense will end in six months and accordingly Creditor seeks as increase in their monthly payment.

2. The Debtors also have an expense for diapers on Schedule J that they testified would end in two years. Creditor seeks an increase of $200 per month within 24 months.

WHEREFORE, Credit Union One, requests this Court to deny the Debtor's confirmation of the Chapter 13 Plan.

Dated: January 10, 2015          By:     /S/ Christopher E. Frank
                                                        Christopher E. Frank (P67169)
                                                        cfrank@theleducgroup.com
                                                        Attorney for Creditor
                                                        6 Parklane Blvd, Ste 665
                                                        Dearborn, MI 48126
                                                       (313) 914-5846

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:
                                                     Case No:14-57547
                                                    Chapter 13
                                                    Hon: RANDON

Malmgren/jeff & Allicia
                             Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

Rita Kostopolous
30800 Van Dyke Rd
Ste 204
Warren, MI 48093
586-574-0916
_____/

## PROOF OF SERVICE

       On the January 10, 2015, a copy of the Objections to confirmation of the Chapter 13 Plan ,and this Proof of Service were served electronically or by first class mail to the following:

Krispen Carroll, Trustee

Rita Kostopolous, Debtor Counsel

Jeff & Allicia Malmgren/
14729 Dane Ct
Sterling Heights MI, 48312

                                                 /s/ Christopher E. Frank____
                                                 Christopher E. Frank (P67169)
                                                 cfrank@theleducgroup.com
                                                 6 Parklane Blvd, Ste 665
                                                 Dearborn, MI 48126
                                                 (313) 914-5846